No. 25-60071

# In the
# United States Court of Appeals
# for the Fifth Circuit

AIRLINES FOR AMERICA, AMERICAN AIRLINES, INC., DELTA AIR LINES, INC., JETBLUE AIRWAYS CORPORATION, SOUTHWEST AIRLINES CO., AND UNITED AIRLINES, INC.,

*Petitioners*,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION,

*Respondent*.

On Petition for Review of a Final Rule of the
United States Department of Transportation

**MOTION FOR KYSER BLAKELY TO WITHDRAW
AS COUNSEL FOR PETITIONERS**

|  |  |
|---|---|
|  | Shay Dvoretzky |
|  | *Counsel of Record* |
|  | Parker Rider-Longmaid |
|  | Kyser Blakely |
|  | Hanaa Khan |
|  | SKADDEN, ARPS, SLATE, |
| Jeremy Patashnik | MEAGHER & FLOM LLP |
| SKADDEN, ARPS, SLATE, | 1440 New York Ave., NW |
| MEAGHER & FLOM LLP | Washington, DC 20005 |
| One Manhattan West | Telephone: 202-371-7000 |
| New York, NY 10001 | shay.dvoretzky@skadden.com |

*Counsel for Petitioners*

Kyser Blakely hereby moves to withdraw as counsel for Petitioners Airlines for America, American Airlines, Inc., Delta Air Lines, Inc., JetBlue Airways Corp., Southwest Airlines Co., and United Airlines, Inc., in this matter. Kyser Blakely is departing Skadden, Arps, Slate, Meagher & Flom LLP to begin employment in the federal government. The other undersigned counsel will continue to represent Petitioners in this matter. Accordingly, Kyser Blakely respectfully requests that this Court grant him leave to withdraw as counsel.

Dated: February 25, 2025

Respectfully submitted,

*/s/ Kyser Blakely*

Shay Dvoretzky
  *Counsel of Record*
Parker Rider-Longmaid
Kyser Blakely
Hanaa Khan
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
shay.dvoretzky@skadden.com

Jeremy Patashnik
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001

*Counsel for Petitioners*

## CERTIFICATE OF COMPLIANCE

I hereby certify that (1) this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A), because, as calculated by Microsoft Word, it contains 78 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f); and (2) this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Book Antiqua font.

Dated: February 25, 2025          */s/ Kyser Blakely*
                                  Kyser Blakely

                                  *Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 20254, I electronically filed this motion with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: February 25, 2025　　　　*/s/ Kyser Blakely*
　　　　　　　　　　　　　　　　Kyser Blakely

　　　　　　　　　　　　　　　　*Counsel for Petitioners*