# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 4, 2025

Lyle W. Cayce
Clerk

No. 25-60071

AIRLINES FOR AMERICA; AMERICAN AIRLINES, INCORPORATED; DELTA AIR LINES, INCORPORATED; JETBLUE AIRWAYS CORPORATION; SOUTHWEST AIRLINES COMPANY; UNITED AIRLINES, INCORPORATED,

*Petitioners*,

*versus*

UNITED STATES DEPARTMENT OF TRANSPORTATION,

*Respondent*.

Petition for Review from an Order of the
Department of Transportation,
National Transportation Safety Board
Agency No. 89 Fed. Reg 102,398

ORDER:

IT IS ORDERED that the motion of Paralyzed Veterans of America for leave to intervene is GRANTED.

_____

DANA M. DOUGLAS
*United States Circuit Judge*