No. 25-60071

# In the
# United States Court of Appeals
# for the Fifth Circuit

AIRLINES FOR AMERICA, AMERICAN AIRLINES, INC., DELTA AIR LINES, INC., JETBLUE AIRWAYS CORPORATION, SOUTHWEST AIRLINES CO., AND UNITED AIRLINES, INC.,

*Petitioners,*

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION,

*Respondent,*

PARALYZED VETERANS OF AMERICA,

*Intervenor.*

On Petition for Review of a Final Rule of the
United States Department of Transportation
Agency No. DOT-OST-2022-0144

**PETITIONERS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

|  |  |
|---|---|
|  | Shay Dvoretzky |
|  | *Counsel of Record* |
|  | Parker Rider-Longmaid |
|  | Hanaa Khan |
|  | SKADDEN, ARPS, SLATE, |
| Jeremy Patashnik |   MEAGHER & FLOM LLP |
| SKADDEN, ARPS, SLATE | 1440 New York Ave., NW |
|   MEAGHER & FLOM LLP | Washington, DC 20005 |
| One Manhattan West | Telephone: 202-371-7000 |
| New York, NY 10001 | shay.dvoretzky@skadden.com |

*Counsel for Petitioners*

# PETITIONERS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Petitioners respectfully request a 30-day extension of the deadline to file their opening brief, up to and including June 11, 2025. *See* Fed. R. App. P. 26(b); 5th Cir. R. 31.4. This Level 1 extension request is Petitioners' first extension request. *See* 5th Cir. R. 31.4.3.1. Petitioners' opening brief is currently due May 12, 2025. Doc. 37. Counsel for Petitioners have conferred with counsel for Respondent and counsel for Intervenor. Respondent and Intervenor do not oppose the requested extension.

There is good cause for the requested extension. *See* 5th Cir. R. 31.4; Fed. R. App. P. 26(b). The motion is made not for the purpose of delay, but given the press of preexisting and other business. Counsel for Petitioners have been addressing and must continue to address deadlines extending from late March to mid-June, most of which were set before this Court set the current deadline on March 31, 2025. Doc. 37. Petitioners' counsel have already obtained extensions in those other matters where practicable. Specifically, members of Petitioners' team have been and are occupied with briefing deadlines and oral argument, including:

- March 31, 2025: response brief filed in *State v. Organ*, No. PD-0841-24 (Tex. Crim. App.) (on an extension);

- April 16, 2025: response brief filed in *Bernal v. Kohl's Corp.*, No. 24-2806 (7th Cir.) (on an extension);

- April 22, 2025: oral argument in *Commissioner v. Zuch*, No. 24-416 (U.S.);

- May 5, 2025: motion to dismiss due in *DC Gambling Recovery LLC v. American Wagering, Inc.*, No. 1:25-cv-1023 (D.D.C.) (on an extension);

- May 7, 2025: oral argument scheduled in *State v. Organ*, No. PD-0841-24 (Tex. Crim. App.);

- May 8, 2025: oral argument scheduled in *United States v. Johnson*, No. 23-4255 (4th Cir.);

- May 8, 2025: oral argument scheduled in *Frontier Airlines, Inc. v. United States Department of Transportation*, No. 25-1002 (D.C. Cir.);

- May 16, 2025: opening brief due in *Securities & Exchange Commission v. Panuwat*, No. 24-6882 (9th Cir.) (on two extensions);

- May 22, 2025: reply brief due in *Pover v. Capital Group Cos.*, No. 24-5298 (9th Cir.) (on an extension);

- May 27, 2025: opening brief due in *McCray v. WestRock Services, LLC*, No. 24-6248 (9th Cir.);

- June 10, 2025: opening brief due in *Codoni v. Port of Seattle*, No. 25-2830 (9th Cir.); and

- June 13, 2025: response brief due in *G.T. v. Samsung Electronics America, Inc.*, No. 25-1120 (7th Cir.).

As noted, counsel have already obtained extensions in these other matters where practicable and permitted by rule.

Undersigned counsel have communicated with counsel for Respondent and counsel for Intervenor. Respondent and Intervenor do not oppose the requested extension.

For the foregoing reasons, Petitioners respectfully request that the Court extend the time to file their opening brief by 30 days, up to and including June 11, 2025.

Dated: May 5, 2025

Respectfully submitted,

*/s/ Shay Dvoretzky*

Shay Dvoretzky
  *Counsel of Record*
Parker Rider-Longmaid
Hanaa Khan
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
shay.dvoretzky@skadden.com

Jeremy Patashnik
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001

*Counsel for Petitioners*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that (1) this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A), because it contains 467 words, as calculated by Microsoft Word, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f); and (2) this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Book Antiqua font.

Dated: May 5, 2025            <u>*/s/ Shay Dvoretzky*</u>
                                         Shay Dvoretzky

                                         *Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, I electronically filed this motion with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: May 5, 2025　　　　　　　　*/s/ Shay Dvoretzky*
　　　　　　　　　　　　　　　　　Shay Dvoretzky

　　　　　　　　　　　　　　　　　*Counsel for Petitioners*