# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 23, 2025
Lyle W. Cayce
Clerk

No. 25-60071

Airlines for America; American Airlines, Incorporated; Delta Air Lines, Incorporated; JetBlue Airways Corporation; Southwest Airlines Company; United Airlines, Incorporated,

*Petitioners,*

*versus*

United States Department of Transportation,

*Respondent.*

_____

Petition for Review from an Order of the
Department of Transportation, National Transportation Safety Board
Agency No. 89 Fed. Reg 102,398

_____

ORDER:

    IT IS ORDERED that Respondent's motion to stay the case pending agency review is GRANTED. Accordingly, the appeal shall be stayed and the briefing schedule suspended pending agency review.

IT IS FURTHER ORDERED that Petitioners' and Intervenor's motions for extensions of time to file briefs are DENIED WITHOUT PREJUDICE in light of the stay.

_____
DANA M. DOUGLAS
*United States Circuit Judge*