No. 25-60071

---

In the United States Court of Appeals
for the Fifth Circuit

————————————————————————————

Airlines for America; American Airlines, Incorporated; Delta Air Lines,
Incorporated; JetBlue Airways Corporation; Southwest Airlines Company; United
Airlines, Incorporated,

*Petitioners,*

v.

United States Department of Transportation,

*Respondent,*

v.

Paralyzed Veterans of America,

*Intervenor.*

————————————————————————————

On Petition for Review of a Final Rule of the
United States Department of Transportation

————————————————————————————

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

————————————————————————————

Pursuant to Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 27.1.10, attorney Alessandra Markano-Stark respectfully moves to withdraw her appearance as counsel of record for Intervenor Paralyzed Veterans of America. Intervenor has been notified of the withdrawal and will continue to be represented in this matter by Robin Thurston of Democracy Forward, who will serve as lead counsel, and Stephen Hayes of Relman Colfax PLLC.

Dated:        September 10, 2025                Respectfully submitted,

_/s/ Alessandra B. Markano-Stark_
Alessandra B. Markano-Stark
Counsel for Intervenor

## CERTIFICATE OF SERVICE

I hereby certify that on **September 10, 2025**, the foregoing document was filed using the CM/ECF system, which will affect service on all parties.

Dated: September 10, 2025                    Respectfully submitted,

                                             */s/ Alessandra B. Markano-Stark*
                                             Alessandra B. Markano-Stark
                                             Counsel for Intervenor

## CERTIFICATE OF COMPLIANCE

This filing complies with the length limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 67 words.

This filing also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and Fifth Circuit Rule 32.1 and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Baskerville Old Face font.

Dated: September 10, 2025                    Respectfully submitted,

_/s/ Alessandra B. Markano-Stark_
Alessandra B. Markano-Stark
Counsel for Intervenor